UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TECHNOLOGY LICENSING COMPANY, INC.,

        Plaintiff,

    v.

NOAH COMPANY, LLC,

        Defendant.
_____/

No. C-11-3498 EMC

**ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**

Plaintiff Technology Licensing Company Inc. ("TLC") has filed suit against Defendant Noah Company LLC for patent infringement. After Noah failed to respond to the complaint, the Clerk of the Court entered his default on May 25, 2012. *See* Docket No. 12. TLC subsequently filed a motion for default judgment. *See* Docket No. 17 (motion). Having reviewed the motion and accompanying submissions, the Court hereby orders TLC to provide supplemental briefing in support of its motion. *See* Fed. R. Civ. P. 55(b)(2)(c) (providing that a court has authority to "determine the amount of damages" and "establish the truth of any allegation by evidence").

    (1)    TLC shall provide a declaration explaining how the product(s) that Noah manufactures, sells, or offers infringes the '862 patent. While the Court does not want TLC to provide a claims chart or infringement contentions, the Court does need some specificity from TLC as to the factual basis for its claim of infringement. For example, is TLC asserting that one of Noah's products follows certain technical standards and thereby violates the patent at issue? *See, e.g.*, Compl. ¶¶ 9-10, 18-19, 25-26. In the declaration, TLC should also explain how the DVD

Player Industry standards and the DVD Specifications for Read-Only Discs referred to in the above cited paragraphs relate to the infringement claims.

  (2) TLC claims that it has licensed 41 companies to use the '862 patent. The amount TLC seeks as damages is based on what it maintains is its average licensing fee. TLC shall provide to the Court 5 of those licensing agreements. The agreements should be randomly selected (*i.e.*, not cherry picked so that only the highest fees are submitted to the Court for consideration). In addition, TLC shall provide to the Court a declaration testifying what the lowest, highest, and median licensing fees are with respect to the patent at issue. This damages-related evidence may be submitted under seal.

**The supplemental briefing requested above shall be filed by July 24, 2012.**

In addition, TLC shall serve a copy of this order on Noah within three days of the date of this order and shall file a proof of service on that same date certifying that service of process has been effected.

IT IS SO ORDERED.

Dated: July 17, 2012

_____
EDWARD M. CHEN
United States District Judge

2